Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Attorneys for Plaintiffs, the Collective, and putative Classes

*Additional Counsel on the following page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, JACKY CHARLES, and STERLING FRANCOIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br>_____<br>**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**<br><br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:   March 21, 2019<br>Trial Date:       None |

1  Sarah R. Schalman-Bergen (*pro hac vice* to be submitted)
   Stacy Savett (*pro hac vice* to be submitted)
2  Shoshana Savett (*pro hac vice* to be submitted)
   BERGER MONTAGUE PC
3  1818 Market Street, Suite 3600
   Philadelphia, Pennsylvania 19103
4  Telephone: (215) 875-3000
   Facsimile:  (215) 875-4604
5
   Attorneys for Plaintiffs, the Collective,
6  and putative Classes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION**

Plaintiffs Paul Monplaisir, Jacky Charles, and Sterling Francois, individually and on behalf of all persons similarly situated, hereby file the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 3, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Lysco Drumond | 1 |
| 2 | Charles Pompilus | 2 |
| 3 | Edly Beauchamps | 3 |

Date: March 29, 2019

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (*pro hac vice* to be submitted)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiffs, the Collective, and putative Classes

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on March 29, 2019.

I further certify that copies of the filed, foregoing document will be served upon the opposing parties along with the other case initiating documents in this case.

Date: March 29, 2019                    Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (*pro hac vice* to be submitted)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiffs, the Collective,
and putative Classes

# EXHIBIT 1

# OPT-IN CONSENT FORM
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Lysco Drummond (Please Print)
Date of Birth: [redacted]
Address: [redacted]
Phone No. 1: [redacted]
Phone No. 2:
E-mail Address:

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an **(title)** Technician for Defendant in **(city, state)** Miami Florida from approximately on or about **(date)** 2011 to approximately on or about **(date)** 2012.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

3/12/2019 (Date Signed)

DocuSigned by: Lysco Drummond
6AB59ECDC6D142C... (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 2

# OPT-IN CONSENT FORM
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Charles Pompilus (Please Print) | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted]<br>Phone No. 2:<br>E-mail Address: |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**title**) Technician for Defendant in (**city, state**) West Palm Beach, Florida from approximately on or about (**date**) January 2017 to approximately on or about (**date**) February 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 3/13/2019 (Date Signed) | DocuSigned by: [signature] D59D913771044DD... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 3

## OPT-IN CONSENT FORM
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Edly Beauchamps (Please Print) | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted]<br>Phone No. 2: [redacted]<br>E-mail Addre[ss]: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an **(title)** Technician for Defendant in **(city, state)** Florida from approximately on or about **(date)** 11-12-17 to approximately on or about **(date)** Still working with them.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 3/19/2019 (Date Signed) | [DocuSigned by: signature] 7C82A0A045614BE... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**