1  Carolyn H. Cottrell (SBN 166977)
   Ori Edelstein (SBN 268145)
2  Michelle S. Lim (SBN 315691)
   SCHNEIDER WALLACE
3  COTTRELL KONECKY
   WOTKYNS LLP
4  2000 Powell Street, Suite 1400
   Emeryville, California 94608
5  Telephone: (415) 421-7100
   Facsimile:  (415) 421-7105
6  ccottrell@schneiderwallace.com
   oedelstein@schneiderwallace.com
7  mlim@schneiderwallace.com

8  Attorneys for Plaintiffs, the Collective,
   and putative Classes

9
   *Additional Counsel on the following page*
10

11              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
12

13  PAUL MONPLAISIR, JACKY CHARLES,          Case No. 3:19-cv-01484-WHA
    and STERLING FRANCOIS, on behalf of
14  themselves and all others similarly situated,   **NOTICE OF FILING OF CONSENTS TO**
                                                     **JOIN COLLECTIVE ACTION**
15              Plaintiffs,

16         vs.

17  INTEGRATED TECH GROUP, LLC and          Judge: Hon. William Alsup
    ITG COMMUNICATIONS LLC,
18                                           Complaint Filed:   March 21, 2019
                Defendants.                  Trial Date:     None
19

20

21

22

23

24

25

26

27

28

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
Krysten L. Connor (*pro hac vice* submitted)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

Attorneys for Plaintiffs, the Collective,
and putative Classes

**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiffs Paul Monplaisir, Jacky Charles, and Sterling Francois, individually and on behalf of all persons similarly situated, hereby file the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 3, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|:---:|:---:|:---:|
| 1 | Maxo Paul | 36 |
| 2 | Joseph Marckenson | 37 |
| 3 | Markenson Morinvil | 38 |

Date: May 2, 2019

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
Krysten L. Connor (*pro hac vice* submitted)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiffs, the Collective,
and putative Classes

1

## **CERTIFICATE OF SERVICE**

2

      I hereby certify that on May 2, 2019, I electronically filed the foregoing document with the

3

Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing

4

to all CM/ECF participants.

5

6

7

8

9

Date: May 2, 2019                         Respectfully submitted,

10

                                        */s/ Carolyn H. Cottrell*
                                        Carolyn H. Cottrell

11

                                        Ori Edelstein

12

                                        Michelle S. Lim
                                        SCHNEIDER WALLACE

13

                                        COTTRELL KONECKY
                                        WOTKYNS LLP

14

                                        Sarah R. Schalman-Bergen (admitted *pro hac vice*)

15

                                        Stacy Savett (*pro hac vice* to be submitted)
                                        Shoshana Savett (*pro hac vice* to be submitted)

16

                                        Krysten L. Connor (*pro hac vice* submitted)
                                        BERGER & MONTAGUE, P.C.

17

                                        Attorneys for Plaintiffs, the Collective,

18

                                        and putative Classes

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

DocuSign Envelope ID: 729F392E-78C0-46D4-901B-45B3E501748E4

## OPT-IN CONSENT FORM
### *Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
### United States District Court, Northern District of California

### Complete And Submit To:

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Maxo Paul _____ (Please Print) | Date of Birth: ████████ |
|---|---|
| Address: ████████████ | Phone No. 1: ████████████<br>Phone No. 2:<br>E-mail Addres |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked as a/an (**title**) Technician _____ for Defendant in (**city, state**) Broward Florida _____ from approximately on or about (**date**) 07-18-2018 _____ to approximately on or about (**date**) 05-01-2019 _____ .

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/1/2019 _____ (Date Signed) | DocuSigned by:<br>*[signature]*<br>49EDEEE60AAA438 _____ (Signature) |
|---|---|

### **IMPORTANT NOTE**
### Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# EXHIBIT 2

DocuSign Envelope ID: 4BD910B2-B7D2-4214-86C4-53B5776DACB8

## OPT-IN CONSENT FORM
### *Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
### United States District Court, Northern District of California

### Complete And Submit To:

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Joseph Marckenson _____ (Please Print) | Date of Birth: ███████ |
| Address: ████████████ | Phone No. 1: ████████████ Phone No. 2: E-mail Address: |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**title**) Technician _____ for Defendant in (**city, state**) Florida Fort Lauderdale And Miami _____ from approximately on or about (**date**) 02-08-2017 ___ to approximately on or about (**date**) 03-7-2018 ___.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/2/2019 _____ (Date Signed) | DocuSigned by: [signature] 025ECAD780DD48E... _____ (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 3

**OPT-IN CONSENT FORM**
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Markenson Morinvil (Please Print) | Date of Birth: ███ |
|---|---|
| Address: ███ | Phone No. 1: Phone No. 2: E-mail Address ███ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**title**) Markenson Morinvil Technician for Defendant in (**city, state**) Florida from approximately on or about (**date**) 02/2018 to approximately on or about (**date**) 03/2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/2/2019 (Date Signed) | DocuSigned by: D76ACEE2275B4F0... (Signature) |
|---|---|

****IMPORTANT NOTE****
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**