Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Attorneys for Plaintiffs, the Collective,
and putative Classes

*Additional Counsel on the following page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, JACKY CHARLES, and STERLING FRANCOIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br><br>**NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION**<br><br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:   March 21, 2019<br>Trial Date:      None |

1  Sarah R. Schalman-Bergen (admitted *pro hac vice*)
   Krysten L. Connor (admitted *pro hac vice*)
2  Stacy Savett (*pro hac vice* to be submitted)
   Shoshana Savett (*pro hac vice* to be submitted)
3  BERGER MONTAGUE PC
   1818 Market Street, Suite 3600
4  Philadelphia, Pennsylvania 19103
   Telephone: (215) 875-3000
5  Facsimile:  (215) 875-4604

6  Attorneys for Plaintiffs, the Collective,
   and putative Classes

**NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION**

Plaintiffs Paul Monplaisir, Jacky Charles, and Sterling Francois, individually and on behalf of all persons similarly situated, hereby file the following Opt-In Consent Form, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Reynaldo Garbey Jr. | 44 |

Date: May 9, 2019

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiffs, the Collective,
and putative Classes

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: May 9, 2019

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiffs, the Collective, and putative Classes

# EXHIBIT 1

# OPT-IN CONSENT FORM
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Reynaldo Garbey Jr (Please Print) | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted]<br>Phone No. 2:<br>E-mail Address: |

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an **(title)** Field service Technician for Defendant in **(city, state)** Cape Coral Florida from approximately on or about **(date)** 06/20/2017 to approximately on or about **(date)** 09/25/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/9/2019 (Date Signed) | [DocuSigned signature: R. Garbey, 29196AF2D3914C0...] (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**