# EXHIBIT F

**NOTICE VIA CELL PHONE TEXT MESSAGE**

If you worked as a Technician for Integrated Tech Group, LLC or ITG Communications LLC in the United States anytime between March 21, 2016, to the present, you may be eligible to join a lawsuit for unpaid overtime.  For info, contact Attorney [to be inserted] at (XXX) XXX-XXXX.