Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Attorneys for Plaintiff, the Collective,
and putative Class

*Additional Counsel on the following page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br><br>**NOTICE OF WITHDRAWAL OF CONSENT TO JOIN COLLECTIVE ACTION**<br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:   March 21, 2019<br>Trial Date:        None |

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

Attorneys for Plaintiff, the Collective,
and putative Class

**NOTICE OF WITHDRAWAL OF CONSENT TO JOIN COLLECTIVE ACTION**

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Shatrese Williams (formerly opt-in number 53) has indicated in writing to counsel for Plaintiff that she wishes to withdraw her consent to join this collective action.  (*See* Dkt. No. 30.) Attached as Exhibit 1 to this Notice is the Declaration of Opt-In Plaintiff Shatrese Williams confirming the withdrawal of her consent to join this collective action.

Date: June 14, 2019

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: June 14, 2019                    Respectfully submitted,

/s/ Carolyn H. Cottrell
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective, and putative Class

# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONPLAISIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED TECH GROUP LLC, AND ITG COMMUNICATIONS LLC;<br><br>Defendant. | Case No.: 4:17-cv-00549-GKF-FHM<br><br>**DECLARATION OF SHATRESE WILLIAMS** |

I, Shatrese Williams, hereby declare:

1. I am over 18 years of age and am fully competent to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and the facts in this declaration are true and correct.

3. I reside in Tampa, Florida.

4. I submitted a consent to join the above captioned lawsuit as an opt-in plaintiff.

5. My consent to join this lawsuit was filed with this Court.

6. I no longer wish to be a plaintiff in this lawsuit, and I would like to withdraw my consent to join this action.

7. My attorneys have advised me that withdrawal of my consent will result in the dismissal of all of my claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 12th day of June, 2019.

DocuSigned by:
*Shatrese Williams*
Shatrese Williams

NOTICE OF WITHDRAWAL

1