Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone:  (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on
behalf of the State of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br><br>**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**<br><br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:   March 21, 2019<br>Trial Date:       October 19, 2020 |

**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 8, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Junior Prophete | 168 |
| 2 | Jeremy R. Fielder | 169 |
| 3 | Daniel Pierre-Charles | 170 |
| 4 | Dontray Kelley | 171 |
| 5 | Jason Millemoth | 172 |
| 6 | Kerby Valcin | 173 |
| 7 | Remus Thelusmond | 174 |
| 8 | Yupsander Brito | 175 |

Date: November 6, 2019              Respectfully submitted,

*/s/ Michelle S. Lim*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on behalf
of the State of California

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: November 6, 2019                     Respectfully submitted,

*/s/ Michelle S. Lim*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective, and putative Class, and Aggrieved Employees on behalf of the State of California

# EXHIBIT 1

## OPT-IN CONSENT FORM
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Junior Prophete (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician from approximately (month, year) __2 years__ to approximately (month, year) __02/2017 to 07/2019__.
   I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** __Miami Florida Pompano's beach California__.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/6/2019 (Date Signed)

DocuSigned by: JP 3BA7715E88FE466... (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 2

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 05 2019

Name: Jeremy P. Field (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Montgomery, AL from on or about **(start date)** 03-2019 to on or about **(end date)** 07-31-2019

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Oct. 26, 2019 (Date Signed)

(Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# EXHIBIT 3

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 05 2019

Name: Daniel Pierre Charles (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL _____ from on or about **(start date)** 02/2017 to on or about **(end date)** Dec 2018.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/31/2019 (Date Signed)     _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 4

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV **0 5 2019**

Name: Dontray Kelley (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Pittsburge, PA from on or about **(start date)** August 3, 2019 to on or about **(end date)** October 25, 2019.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

October 29, 2019 (Date Signed)     Dontray Kelley (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



# EXHIBIT 5

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Jason Millemoth (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** _Jacksonville FL_ from , on or about **(start date)** _03/16_ to on or about **(end date)** _Jan/18_.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

_10-28-19_ (Date Signed)    _[signature]_ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 6

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 05 2019

Name: KERBY VALCIN (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** New York City from on or about **(start date)** 02/25/2016 to on or about **(end date)** 08/25/2019.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/02/2019 (Date Signed)     Kerby Valcin (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# EXHIBIT 7

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 05 2019

Name: Remus Thelusmond (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** 510 industrial Boynton Beach, FL 34426 from on or about **(start date)** 03-10-16 to on or about **(end date)** 01-09-19.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10-29-2019 (Date Signed)                    (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 8

OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 05 2019

Name: Yupsawnen Bzito (Please Print)

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** FL Key Largo - Key West from on or about **(start date)** 10/10 to on or about **(end date)** 1/18.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/31/19 (Date Signed)   _____ (Signature)

**IMPORTANT NOTE**
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.