1  Carolyn H. Cottrell (SBN 166977)
   Ori Edelstein (SBN 268145)
2  Michelle S. Lim (SBN 315691)
   SCHNEIDER WALLACE
3  COTTRELL KONECKY
   WOTKYNS LLP
4  2000 Powell Street, Suite 1400
   Emeryville, California 94608
5  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
6  ccottrell@schneiderwallace.com
   oedelstein@schneiderwallace.com
7  mlim@schneiderwallace.com

8  Sarah R. Schalman-Bergen (admitted *pro hac vice*)
   Krysten L. Connor (admitted *pro hac vice*)
9  BERGER MONTAGUE PC
   1818 Market Street, Suite 3600
10 Philadelphia, Pennsylvania 19103
   Telephone:  (215) 875-3000
11 Facsimile: (215) 875-4604
   Sschalman-bergen@bm.net
12 KConnon@bm.net

13 Attorneys for Plaintiff, the Collective,
   and putative Class, and Aggrieved Employees on
14 behalf of the State of California

15

16                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
17

18  PAUL MONPLAISIR, on behalf of himself     Case No. 3:19-cv-01484-WHA
    and all others similarly situated,
19                                            **NOTICE OF FILING OF CONSENTS TO**
                                              **JOIN COLLECTIVE ACTION**
20              Plaintiffs,

21         vs.

22  INTEGRATED TECH GROUP, LLC and
    ITG COMMUNICATIONS LLC,                   Judge: Hon. William Alsup
23
               Defendants.                    Complaint Filed:   March 21, 2019
24                                            Trial Date:     October 19, 2020

25

26

27

28

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 20, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|:---:|:---:|:---:|
| 1 | Dylan Mills | 202 |
| 2 | Antwyon Johnson | 203 |
| 3 | Juan Carlos Cruz Rivera | 204 |
| 4 | Alexander Sibila | 205 |
| 5 | Manuel O. Thomas III | 206 |
| 6 | Dwyde Simmons | 207 |
| 7 | Lavernson Elliott | 208 |
| 8 | Antonio Dugarte | 209 |
| 9 | Hugh Donaldson | 210 |
| 10 | Antonio E. Infante | 211 |
| 11 | Adonys Consuegra | 212 |
| 12 | Daniel Morales | 213 |
| 13 | Julio Cabrera | 214 |
| 14 | Cardel D. Clemonds | 215 |
| 15 | Abram (James) Carrier | 216 |
| 16 | Humberto Aguin | 217 |
| 17 | Yariff Eskenazi | 218 |
| 18 | Patrick Van | 219 |
| 19 | Jorge Esquilin | 220 |
| 20 | Dayan Delgado | 221 |

1    Date: November 22, 2019                   Respectfully submitted,

2

3                                              /s/ Michelle S. Lim
                                               Carolyn H. Cottrell
4                                              Ori Edelstein
                                               Michelle S. Lim
5                                              SCHNEIDER WALLACE
                                               COTTRELL KONECKY
6                                              WOTKYNS LLP

7                                              Sarah R. Schalman-Bergen (admitted *pro hac vice*)
                                               Krysten L. Connor (admitted *pro hac vice*)
8                                              BERGER & MONTAGUE, P.C.

9                                              Attorneys for Plaintiff, the Collective,
                                               and putative Class, and Aggrieved Employees on behalf
10                                             of the State of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION
*Monplaisir v. Integrated Tech Group, LLC, et al.,* Case No. 3:19-cv-01484-WHA

1

**CERTIFICATE OF SERVICE**

2

  I hereby certify that on November 22, 2019, I electronically filed the foregoing document

3

with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of

4

electronic filing to all CM/ECF participants.

5

6

Date: November 22, 2019     Respectfully submitted,

7

8

             */s/ Michelle S. Lim*
             Carolyn H. Cottrell

9

             Ori Edelstein
             Michelle S. Lim

10

             SCHNEIDER WALLACE
             COTTRELL KONECKY

11

             WOTKYNS LLP

12

             Sarah R. Schalman-Bergen (admitted *pro hac vice*)

13

             Krysten L. Connor (admitted *pro hac vice*)
             BERGER & MONTAGUE, P.C.

14

             Attorneys for Plaintiff, the Collective,

15

             and putative Class, and Aggrieved Employees on behalf
             of the State of California

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

## OPT-IN CONSENT FORM
### *Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
### United States District Court, Northern District of California

### Complete And Submit To:

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name:
Dylan Mills
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician from approximately (month, year) ___March 2016___ to approximately (month, year) ___Feb 2017___.
    I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** ___Jacksonville area , Fl___.

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/21/2019
_____ (Date Signed)

DocuSigned by:
_____
132364A598CB453...
(Signature)

### **IMPORTANT NOTE**
### Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 2

NOV 18 2019

# OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Antawuyon Johnson
(Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** South San Francisco, CA _____ from on, or about **(start date)** _____ to on or about **(end date)**

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 1/13/19 (Date Signed) | Antawuyon Johnson (Signature) |

#### **IMPORTANT NOTE**
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# EXHIBIT 3

NOV 18 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Juan Carlos Cruz Rivera
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Miami, FL _____ from  on  or  about  **(start  date)** 2016 to on or about **(end date)** 2017 .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/12/19 _____ (Date Signed)        _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 4

NOV 18 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Alexander Sibila (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Home Stead Fl June 5, 2019 from on or about **(start date)** October 11, 2019 o on or about **(end date)** _____.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/26/19 (Date Signed)

(Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 5

# OPT-IN CONSENT FORM

NOV 18 2019

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Manuel O Thomas III (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** San Jose California from on or about **(start date)** Dec 23/2018 to on or about **(end date)** August/8/2019

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/15/2019   (Date Signed) | Manuel O Thomas III   (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 6

NOV 18 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:
Duyde Simmons _____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** South San Francisco Feb 12018 from on or about **(start date)** Feb 2018 to on or about **(end date)** April 2019.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11|14|2019 _____ (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 7

# OPT-IN CONSENT FORM

NOV 18 2019

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: LAVERNSON ELLIOTT (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ LONG ISLAND City, NY from on or about **(start date)** 6/13/17 to on or about **(end date)** 11/12/19 .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/14/19 (Date Signed) | Elliott (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 8

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

NOV 18 2019

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: ANTONIO DUGART (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** JACKSONVILLE FLORIDA from on or about **(start date)** JUNE 2016 to on or about **(end date)** MARCH 2017

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/10/2019 (Date Signed) | (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 9

**OPT-IN CONSENT FORM**

NOV 18 2019

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: HUGH DONALDSON (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.   I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.   I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ POMPANO BEACH, FL. _____ from on or about **(start date)** 7/7/18 to on or about **(end date)** 9/1/18 .

3.   I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.   I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/12/2019 _____ (Date Signed)          Hugh Donaldson (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 10

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

NOV 18 2019

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:
ANTONIO E INFANTE (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ JACKSONVILLE FL. _____ from on or about **(start date)** Feb / 2016 to on or about **(end date)** Dec / 2016.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Nov 1 / 2019 _____ (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 11

## OPT-IN CONSENT FORM

NOV 18 2019

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: _Adonys Consuegra_ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _Miami FLORIDA_ from on or about **(start date)** _06/08/16_ to on or about **(end date)** _07/20/17_.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| _11-14-19_ (Date Signed) | _(signature)_ (Signature) |
|---|---|

****IMPORTANT NOTE****
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 12

NOV 18 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Daniel Morales (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Jax, FL _____ from   on   or   about   **(start    date)** 10/2016 to on or about **(end date)** the day it closed

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/08/19 (Date Signed)                    (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 13

NOV 18 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Julio Cabrera _____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Miami Florida _____ from on or about **(start date)** 4/1/2017 to on or about **(end date)** 12/1/2017.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/11/2019 _____ (Date Signed)      _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 14

**OPT-IN CONSENT FORM**

NOV 18 2019

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

<u>**Complete And Submit To:**</u>

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: _CARDEL D CLEMONS_ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _WALLINGFORD_ _CONNECTICUT_ from on or about **(start date)** _10/08/18_ to on or about **(end date)** _PRESENT_ .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| _11/11/19_ (Date Signed) | _(signature)_ (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 15

## OPT-IN CONSENT FORM

***Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC***
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Abram  (James) Carrier
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Houston, TX_____ from on or about **(start date)** ___14-Aug_____ to on or about **(end date)** ____16-Dec___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Electronically signed on 11/15/2019 at 22:36  (Date Signed)     __Abram Carrier_____(Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 16

## OPT-IN CONSENT FORM

*NOV 19 2019*

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Humberto Aguir (Please Print)

#### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL _____ 2016 from on or about **(start date)** _____ to on or about **(end date)** 2017.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 10/17/19 (Date Signed) | (Signature) |

#### **IMPORTANT NOTE**
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 17

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

NOV 19 2019

Name: YARISF ESKENAZI   (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville FL. _____ from on or about **(start date)** 3/2016 to on or about **(end date)** 1/2018 .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/16/2019   (Date Signed) | _____ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 18

# OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

*NOV 19 2019*

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: _Patrick Van_ (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** _Houston Texas_ from on or about **(start date)** _05/2016_ to on or about **(end date)** _09/2017_.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| _11/13/2019_ (Date Signed) | _[signature]_ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 19

NOV 2 1 2019

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

| Name: Jorge Esquilin _____ (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ███████ | Phone No. 1: ███████ |
| | Phone No. 2: ███████ |
| | Email Address: ███████ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  Ihave worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Pittsburgh Pa 15068 "Plum Pa" from on or about **(start date)** Jan 2019 to on or about **(end date)** 08 2019 .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| November 18th 2019 (Date Signed) | _____ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

EXHIBIT 20

## OPT-IN CONSENT FORM

***Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC***
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

| | |
|---|---|
| Name:  Dayan Delgado<br>_____ (Please Print) | Date of Birth: ███████ |
| Address: ████████████ | Phone No. 1: ████████<br><br>Phone No. 2: ████████ |
| | Email Address: ████████████ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL_____ from on or about **(start date)** ___Jan-17_____ to on or about **(end date)** ____May-18___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/21/2019 at 12:12 am  (Date Signed) | __Dayan_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**