Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone:   (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on
behalf of the State of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br><br>**NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION**<br><br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:   March 21, 2019<br>Trial Date:       October 19, 2020 |

**NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION**

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Form, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Jamaan Webb | 224 |

Date: November 27, 2019             Respectfully submitted,

*/s/ Ori Edelstein*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on behalf
of the State of California

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: November 27, 2019

Respectfully submitted,

/s/ Ori Edelstein
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective, and putative Class, and Aggrieved Employees on behalf of the State of California

# EXHIBIT 1

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111


NOV 26 2019

Name: __JAMAAN WEBB__ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** __Jacksonville, Florida__ from on or about **(start date)** __09/01/2016__ to on or about **(end date)** __01/21/2017__.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

__11/18/2019__ (Date Signed)    _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.