Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone:  (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on
behalf of the State of California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated, | Case No. 3:19-cv-01484-WHA |
| Plaintiffs, | **NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION** |
| vs. | |
| INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC, | Judge: Hon. William Alsup |
| Defendants. | Complaint Filed:   March 21, 2019 <br> Trial Date:     October 19, 2020 |

1

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

2

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated,

3

hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 19,

4

pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

5

6

## CONSENTS TO JOIN COLLECTIVE ACTION

7

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|:---:|:---:|:---:|
| 1 | Paul Forkey | 225 |
| 2 | Kip DeVille | 226 |
| 3 | Roberto Canales | 227 |
| 4 | John Pierre | 228 |
| 5 | Enrique Garcia | 229 |
| 6 | Peter McClung | 230 |
| 7 | Jamie Ponce | 231 |
| 8 | Seth Conner | 232 |
| 9 | Marty Scott | 233 |
| 10 | Derrick Vaz | 234 |
| 11 | Macrnick Richard | 235 |
| 12 | David Hayes | 236 |
| 13 | Moises Calatayu | 237 |
| 14 | Adam L. Brown | 238 |
| 15 | Jason Barrett | 239 |
| 16 | Amilcar McKenzie | 240 |
| 17 | Chevaughn Bradnock | 241 |
| 18 | Ricky Dugat | 242 |
| 19 | Long Nguyen | 243 |

1   Date: December 2, 2019             Respectfully submitted,

2

3                              */s/ Ori Edelstein*
                               Carolyn H. Cottrell

4                               Ori Edelstein
                               Michelle S. Lim

5                               SCHNEIDER WALLACE
                               COTTRELL KONECKY

6                               WOTKYNS LLP

7                               Sarah R. Schalman-Bergen (admitted *pro hac vice*)
                               Krysten L. Connor (admitted *pro hac vice*)

8                               BERGER & MONTAGUE, P.C.

9                               Attorneys for Plaintiff, the Collective,
                               and putative Class, and Aggrieved Employees on behalf

10                             of the State of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of

electronic filing to all CM/ECF participants.

Date: December 2, 2019                    Respectfully submitted,


                                          */s/ Ori Edelstein*
                                          Carolyn H. Cottrell
                                          Ori Edelstein
                                          Michelle S. Lim
                                          SCHNEIDER WALLACE
                                          COTTRELL KONECKY
                                          WOTKYNS LLP

                                          Sarah R. Schalman-Bergen (admitted *pro hac vice*)
                                          Krysten L. Connor (admitted *pro hac vice*)
                                          BERGER & MONTAGUE, P.C.

                                          Attorneys for Plaintiff, the Collective,
                                          and putative Class, and Aggrieved Employees on behalf
                                          of the State of California

EXHIBIT 1

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Paul Forkey
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Ft.Myers, FL_____ from on or about **(start date)** ___Sep-17_____ to on or about **(end date)** ____Dec-17___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 0:10 _ (Date Signed) | _ Paul Forkey _____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 2

## OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Kip DeVille
_____ (Please Print)

#### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville,, FL_____ from on or about **(start date)** ___Mar-15_____ to on or about **(end date)** ____Mar-18___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 0:13   (Date Signed) | _Kip DeVIlle_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 3

## OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Roberto Canales
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL_____ from on or about **(start date)** ___Aug-16_____ to on or about **(end date)** ____May-19___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 0:15   (Date Signed) | _Roberto Canales_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 4

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:   John
_____   (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL_____ from on or about **(start date)** ___2017_____ to on or about **(end date)** _____2019___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 0:16   (Date Signed) | ___John pierre_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 5

# OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Enrique
_____ (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL_____ from on or about **(start date)** ___2/18/2018_____ to on or about **(end date)** ____8/1/2018___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 0:52   (Date Signed) | _Enrique Garcia_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 6

## <u>OPT-IN CONSENT FORM</u>

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**<u>Complete And Submit To:</u>**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Peter McClung
_____ (Please Print)

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** <u>Houston, TX</u>_____ from on or about **(start date)** ___Jun-16_____ to on or about **(end date)** ____Aug-17___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| <u>Electronically signed on 11/28/2019 at 1:50</u>  (Date Signed) | __Peter McClung_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 7

# OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Jamie Ponce
_____  (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Fort Myers, FL_____ from on or about **(start date)** ___6/1/2017_____ to on or about **(end date)** ____7/28/2017___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/28/2019 at 15:27   (Date Signed) | _Jamie Ponce_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 8

## OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Seth Conner
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville, FL_____ from on or about **(start date)** ___9/1/2017_____ to on or about **(end date)** ____2/28/2018___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 11/29/2019 at 23:37   (Date Signed) | __Seth Conner_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 9

## OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Marty Scott
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville, FL_____ from on or about **(start date)** ___19-Feb_____ to on or about **(end date)** ____19-Apr___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 12:27   (Date Signed) | _MartyScott_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 10

## OPT-IN CONSENT FORM

***Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC***
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Derrick Vaz
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Long Island City, NY_____ from on or about **(start date)** ___Nov-18_____ to on or about **(end date)** ____Nov-19___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 13:52  (Date Signed) | __DERRICK VAZ_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 11

## OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Macrnick Richard
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Hialeah, FL_____ from on or about **(start date)** ___2017_____ to on or about **(end date)** _____2018___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Electronically signed on 12/2/2019 at 18:13  (Date Signed)

_Marcnick Richard_____(Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 12

## <u>OPT-IN CONSENT FORM</u>

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  David Hayes
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Hilton Head, SC_____ from on or about **(start date)** ___Feb-17_____ to on or about **(end date)** ____Jun-18___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 18:42   (Date Signed) | _David Hayes_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 13

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Moises Calatayu
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Coconut Creek, FL_____ from on or about **(start date)** ___May-19_____ to on or about **(end date)** ____Aug-19___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 19:46   (Date Signed) | _ Moises Calatayu_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 14

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Adam L Brown
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville, FL_____ from on or about **(start date)** ___3/12/2018_____ to on or about **(end date)** ____3/12/2019___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 20:19   (Date Signed) | _ Adam Brown _____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 15

## OPT-IN CONSENT FORM

***Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC***
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Jason Barrett
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Boynton Beach, FL_____ from on or about **(start date)** ___Sep-17_____ to on or about **(end date)** ____Mar-18___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 12/2/2019 at 22:52  (Date Signed) | _jBarrett_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 16

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

DEC 0 2 2019

Name: AMILCAR McKENZIE (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Pompano Beach FL from on or about **(start date)** 10/13/2018 to on or about **(end date)** 9/10/2019 .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11/25/2019 (Date Signed)      McKenzie (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 17

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

DEC 02 2019

Name: Chevaughn Bradhock (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Brooklyn New York from on or about **(start date)** 10.15.2018 to on or about **(end date)** 10.05.2019

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

11.20.2019 (Date Signed)          (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 18

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

DEC 02 2019

Name: Ricky Dugat _____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Pompano, Florida _____ from on or about **(start date)** 11/2017 to on or about **(end date)** 07/2018.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/25/2019 (Date Signed)                                    (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 19

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

#### Complete And Submit To:

ITG FLSA Litigation          DEC 02 2019
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: LONG NGUYEN (Please Print)

#### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Houston TX ~~April 1 2015~~ from on or about **(start date)** April 1/16 to on or about **(end date)** Dec 1 2016

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/23/19 (Date Signed)                    (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**