Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (*pro hac vice*)
Krysten Connon (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone:  (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorneys for Plaintiff, the Collective, and putative Class, and Aggrieved Employees on behalf of the State of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No.: 3:19-cv-01484-WHA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:  February 6, 2020<br>Time: 8:00 a.m.<br>Ctrm.: 12, 19th Floor<br><br>Judge: Hon. William Alsup<br><br>Complaint Filed: March 21, 2019<br>Trial Date: October 19, 2020 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that at 8:00 a.m. on February 6, 2020 Plaintiff Paul Monplaisir ("Plaintiff") moves this Court for an order:

(1) Certifying the following class under Fed. R. Civ. P. 23(a), 23(b)(3) for claims of: (i) failing to pay proper minimum wage, overtime wages, and completed piece rates; (ii) failing to provide a reasonable opportunity to take meal and rest periods, and failing to properly compensate Class members when such meal and rest periods were not taken; (iii) failing to reimburse necessarily-incurred business expenses; and (iv) failing to issue accurate, itemized wage statements in violation of the California Labor Code:

> All current and former non-exempt hourly employees of ITG working as Technicians throughout the State of California from March 21, 2015 until the resolution of this action (the "Class").

(2) Appointing Paul Monplaisir as representatives of the Class;

(3) Appointing the law firms of Schneider Wallace Cottrell Konecky Wotkyns LLP and Berger & Montague, P.C. as Class Counsel, pursuant to Fed. R. Civ. P. Rule 23(g); and

(4) Pursuant to Fed. R. Civ. P. 23(c)(2)(B), ordering that the class be given best practical notice under the circumstances.

Plaintiffs' motion is based upon (a) this Notice of Motion and Motion; (b) the Memorandum of Points and Authorities; (c) the Declaration of Proposed Class Counsel Carolyn H. Cottrell; (d) the Declaration of Proposed Class Counsel Michelle S. Lim; (e) the Declaration of Proposed Class Counsel Sarah R. Schalman-Bergen; (f) the Declarations of ten Proposed Class Members; (g) any argument of counsel as may be presented at the class certification hearing; and (h) the pleadings and files in this action.

Dated:  December 19, 2019                     Respectfully Submitted,

/s/ *Ori Edelstein*
Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY

WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (*pro hac vice*)
Krysten Connon (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorney for Plaintiff, the Collective, and putative Class, and Aggrieved Employees on behalf of the State of California