Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten Connon (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
sschalman-bergen@bm.net
kconnon@bm.net

Attorneys for Plaintiffs, the Collective and Putative Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No.: 3:19-cv-01484-WHA<br><br>**DECLARATION OF MICHELLE S. LIM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   February 6, 2020<br>Time:  8:00 a.m.<br>Ctrm.: 12, 19th Floor<br><br>Judge: Hon. William Alsup<br><br>Complaint Filed:       March 21, 2019<br>Trial Date:                 October 19, 2020 |

# DECLARATION OF MICHELLE S. LIM
# IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Michelle S. Lim, declare as follows:

1. I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 315691) and am admitted to practice law before this Court, the United States District Court Northern District of California. I am an associate attorney at the law firm of Schneider Wallace Cottrell Konecky Wotkyns LLP, counsel for Plaintiff Paul Monplaisir, individually and on behalf of all others similarly situated, ("Plaintiff") in this action.

2. This Declaration is submitted in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, I could and would testify competently as to these facts.

3. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the deposition transcript of Defendants' Rule 30(b)(6) witness, Elizabeth Smith, taken November 4, 2019.

4. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from the deposition transcript of Defendants' Rule 30(b)(6) witness, Gissel Rivera, taken November 7, 2019.

5. Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts from the deposition transcript of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

6. Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from the deposition transcript of Defendants' Rule 30(b)(6) witness, Jerry Taylor, taken November 6, 2019.

7. Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from the rough deposition transcript of Defendants' Rule 30(b)(6) witness, Jerry Taylor, taken December 10, 2019.

8. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Defendants, entitled "ITG Communications," bates-stamped ITG_000176-ITG_000178, and introduced as Exhibit 11 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

9. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Defendants, entitled "Meal Periods and Start/End Time Memo," bates-stamped ITG_000171-ITG-000172, dated October 26, 2018, and introduced as Exhibit 13 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

10. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Defendants, entitled "Start/End Time Memo," bates-stamped ITG_000173, dated November 28, 2018, and introduced as Exhibit 18 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

11. Attached hereto as **Exhibit I** is a true and correct copy of a relevant excerpt from a document produced by Defendants, entitled "Work Order Completion Bonus," bates-stamped ITG_000149, and introduced as Exhibit 12 in the depositions of Defendants' Rule 30(b)(6) witnesses, Katie Tisdale and Gissel Rivera, taken November 5, 2019 and November 7, 2019, respectively.

12. Attached hereto as **Exhibit J** is a true and correct copy of relevant excerpts from a Powerpoint document labeled as ITG_000011 and produced by Defendants, entitled "ITG Communications LLC New Hire Orientation," dated November 2017, and introduced as Exhibit 6 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

13. Attached hereto as **Exhibit K** is a true and correct copy of relevant excerpts from a document produced by Defendants, entitled "Employee Policy Manual," bates-stamped ITG_000042-ITG_000084, and introduced as Exhibit 14 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

14. Attached hereto as **Exhibit L** is a true and correct copy of relevant excerpts from a document produced by Defendants, entitled "Employee Handbook," bates-stamped ITG_000180-ITG_000228, dated July 2019, and introduced as Exhibit 20 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

15. Attached hereto as **Exhibit M** is a true and correct copy of relevant excerpts from a document produced by Defendants, entitled "2016 Employee Policy Reminder," bates-stamped

ITG_000131-ITG_000141, dated January 19, 2015, and introduced as Exhibit 15 in the depositions of Defendants' Rule 30(b)(6) witnesses, Katie Tisdale and Gissel Rivera, taken November 5, 2019 and November 7, 2019, respectively.

16. Attached hereto as **Exhibit N** is a true and correct copy of a document produced by Defendants, entitled "Timekeeping Memo," bates-stamped ITG_000129-000130, dated August 26, 2016, and introduced as Exhibit 16 in the deposition of Defendants' Rule 30(b)(6) witness, Katie Tisdale, taken November 5, 2019.

17. Attached hereto as **Exhibit O** is a true and correct copy of the declaration of putative Class member and named Plaintiff Paul Monplaisir, executed on December 19, 2019, provided in support of Plaintiff's Motion for Class Certification.

18. Attached hereto as **Exhibit P** is a true and correct copy of the declaration of putative Class member Michael Alberto, executed on December 18, 2019.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the declaration of putative Class member Junior Prophete, executed on December 18, 2019.

20. Attached hereto as **Exhibit R** is a true and correct copy of the declaration of putative Class member Marc Cajuste, executed on December 18, 2019.

21. Attached hereto as **Exhibit S** is a true and correct copy of the declaration of putative Class member Emanex Jean, executed on December 18, 2019.

22. Attached hereto as **Exhibit T** is a true and correct copy of the declaration of putative Class member Jean Obilas, executed on December 18, 2019.

23. Attached hereto as **Exhibit U** is a true and correct copy of the declaration of putative Class member Macdonal St. Germain, executed on December 18, 2019.

24. Attached hereto as **Exhibit V** is a true and correct copy of the declaration of putative Class member Raphael Parris, executed on December 19, 2019.

25. Attached hereto as **Exhibit W** is a true and correct copy of the declaration of putative Class member James Mills, executed on December 19, 2019.

26.     Attached hereto as **Exhibit X** is a true and correct copy of the declaration of putative Class member John Cason, executed on December 19, 2019.

27.     On November 18, 2019, the Court held a discovery conference and ordered that Defendants produce a sample of at least twelve California Technicians' (from a total sample of 30 Technicians) pay and job code records.

28.     As of the date of this Declaration, 318 Technicians have filed an Opt-in Consent form in this case.  Based on Defendants' produced records and Plaintiff's outreach efforts, approximately 23 of these Technicians worked in the State of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based on my own personal knowledge.

Executed this 19th day of December, 2019, in Emeryville, California.

/s/ *Michelle S. Lim*
Michelle S. Lim