Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Sschalman-bergen@bm.net
KConnon@bm.net

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on
behalf of the State of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MONPLAISIR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED TECH GROUP, LLC and ITG COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:19-cv-01484-WHA<br><br>**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**<br><br>Judge: Hon. William Alsup<br><br>Complaint Filed: March 21, 2019<br>Trial Date: October 19, 2020 |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 19, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

## CONSENTS TO JOIN COLLECTIVE ACTION

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Angel Cobian | 339 |
| 2 | Julemer Renard | 340 |
| 3 | Miguelson Joseph | 341 |
| 4 | Samuel Kemokai | 342 |
| 5 | Jarren Carter | 343 |
| 6 | Luis Figueroa | 344 |
| 7 | Kevin M. Perkins | 345 |
| 8 | Mario Hurtado | 346 |
| 9 | Joab H. Pierre | 347 |
| 10 | Christopher Caputo | 348 |
| 11 | Alexis Vargas | 349 |
| 12 | Kendal L. Simmons | 350 |
| 13 | Michael Atkins | 351 |
| 14 | Malcolm Greenleaf | 352 |
| 15 | Yamil Morales | 353 |
| 16 | Garth Lee | 354 |
| 17 | Clautaire Jean Paul | 355 |
| 18 | Duglas Almira | 356 |
| 19 | Dennie Le Blanc | 357 |

| | | |
|---|---|---|
| 1 | Date: January 8, 2020 | Respectfully submitted, |
| 2 | | */s/ Ori Edelstein* |
| 3 | | Carolyn H. Cottrell<br>Ori Edelstein |
| 4 | | Michelle S. Lim<br>SCHNEIDER WALLACE |
| 5 | | COTTRELL KONECKY<br>WOTKYNS LLP |
| 6 | | Sarah R. Schalman-Bergen (admitted *pro hac vice*) |
| 7 | | Krysten L. Connor (admitted *pro hac vice*)<br>BERGER & MONTAGUE, P.C. |
| 8 | | Attorneys for Plaintiff, the Collective, |
| 9 | | and putative Class, and Aggrieved Employees on behalf<br>of the State of California |

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: January 8, 2020

Respectfully submitted,

/s/ Ori Edelstein
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on behalf
of the State of California