EXHIBIT 1

**OPT-IN CONSENT FORM**
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Angel Cobian
_____ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1.   I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.   I have worked for ITG as a Technician from approximately (month, year) _____6 months_____ to approximately (month, year) ___1 year_____.
I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** __Miami Broward key largo to key west_____.

3.   I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.   I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 1/8/2020 | DocuSigned by: |
| (Date Signed) | Angel Cobian |
| | B74CBE39ECC8408... (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 2

**OPT-IN CONSENT FORM**
***Paul Monplaisir v. Integrated Tech Group, LLC (ITG)***
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name:
Julemer Renard                          (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician from approximately (month, year) ___March 2017___ to approximately (month, year) ___November 2017___.
   I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** ___Broward county___.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 1/8/2020 | DocuSigned by: *Julemer Renard* |
| (Date Signed) | BF0D7C0D269745B... (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 3

**OPT-IN CONSENT FORM**
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Miguelson Joseph
_____ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician from approximately (month, year) _____2016_____ to approximately (month, year) __May 2019_____.
    I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** _Broward_____.

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 1/8/2020 | DocuSigned by: |
|---|---|
| _____ (Date Signed) | E77671F9297F40A _____ (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 4

**OPT-IN CONSENT FORM**
*Paul Monplaisir v. Integrated Tech Group, LLC (ITG)*
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Samuel Kemokai                          (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician from approximately (month, year) __01/2019__ to approximately (month, year) __1 year__.
   I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** __San Jose ca__.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 1/8/2020 (Date Signed) | DocuSigned by: *Samuel Kemokai* 206197266DF944E... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 5

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 0 7 2020

Name:
Jarron Carter _____ (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Jacksonville, FL _____ from    on    or    about    **(start    date)** Feb 2016 __ to on or about **(end date)** March 2018.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

10/27/2019 _____ (Date Signed)          _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 6

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

<u>Complete And Submit To:</u>

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 0 7 2020

Name:
_____Luis Figuera_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** CT from on or about **(start date)** *1-24-19* to on or about **(end date)** *Present*.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| *2-12-19* _____ (Date Signed) | _____ (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 7

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

**JAN 0 7 2020**

Name:
Kevin  M.  Perkins (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** West Palm FL. San Francisco California .  from on or about **(start date)** Jan 2017 to on or about **(end date)** March 2019.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

December 23, 2019 (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 8

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 0 7 2020

Name: HARID HURTADO (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** FL BROWARD COUNTY from on or about **(start date)** JUN 2019 to on or about **(end date)** DIC . 2019. .

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

01.02.2020 (Date Signed)

(Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 9

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

JAN 0 7 2020

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: *Joab H. Pierre* (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ *Boyton BEACh , Florida* from on or about **(start date)** *12-10-2016* to on or about **(end date)** *04-20-2018*

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

*01 - 01 - 2020* (Date Signed)                    _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 10

## OPT-IN CONSENT FORM

***Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC***
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Christopher Caputo
_____ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Wallingford, CT_____ from on or about **(start date)** ___5/21/2019_____ to on or about **(end date)** ____Present___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/7/2020 at 4:17  (Date Signed) | _Christopher Caputo_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 11

JAN 08 2020

**OPT-IN CONSENT FORM**

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

<u>Complete And Submit To:</u>

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name: Alexis Vargas (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants
    Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged
    violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with
    the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Queens, NY
    _____ from on or about **(start date)**
    June 2017 to on or about **(end date)** June 2019

3.  I understand that this litigation is being filed as a collective action under the Fair Labor
    Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree,
    and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court
    or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and
    Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a
    settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 12-30-19 (Date Signed) | Alex Vargas (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 12

# OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:   KENDAL L. SIMMONS
_____ (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Montgomery, AL_____ from on or about **(start date)** ___3/1/2019_____ to on or about **(end date)** ____9/15/2019___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/8/2020 at 14:24  (Date Signed) | _Kendal l. Simmons_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 13

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Michael Atkins
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Montgomery, AL_____ from on or about **(start date)** ___March 1 2019_____ to on or about **(end date)** ____July 15 ,2019___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/8/2020 at 14:28   (Date Signed) | _  Michael Atkins_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 14

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Malcolm Greenleaf
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Montgomery, AL_____ from on or about **(start date)** ___2/12/2018_____ to on or about **(end date)** ____7/14/2018___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/8/2020 at 15:07   (Date Signed) | _ Malcolm Greenleaf_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 15

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Yamil Morales
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Jacksonville, FL_____ from on or about **(start date)** ___8/1/2016_____ to on or about **(end date)** ____8/1/2017___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/8/2020 at 21:27  (Date Signed) | __ Yamil Morales _____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 16

**OPT-IN CONSENT FORM**
***Paul Monplaisir v. Integrated Tech Group, LLC (ITG)***
**United States District Court, Northern District of California**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Name: Garth Lee
_____ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant Integrated Tech Group (ITG) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician from approximately (month, year) _____May 2017_____ to approximately (month, year) __Still an active employee__.
    I worked in **(list the cities and states of branches worked and include cities and states worked as a Traveling Technician)** _Miami, Fl; Broward, Fl; Fort Myers, Fl; Tucker, Ga; Atlanta, Ga; San Rafael, Ca, Marin_

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 1/8/2020 | DocuSigned by: *Garth Lee* |
| _____ (Date Signed) | F5A3B1CCEEC74C2... _____ (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 17

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

**JAN 0 6 2020**

Name: _Cantaire Jean Paul_ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _Fort-Lauderdale_ _Boynton Beach_ from on or about **(start date)** _Aug, 2017_ to on or about **(end date)** _Nov, 2018._

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

_1 - 2 - 20_ (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 18

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Duglas Almira
_____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** Miami, FL_____ from on or about **(start date)** ___Marzo 2016_____ to on or about **(end date)** ____Diciembre 2019___.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*.  I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| Electronically signed on 1/4/2020 at 2:24  (Date Signed) | _Duglas Almira_____(Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

EXHIBIT 19

# OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

Name:  Dennie LeBlanc
_____ (Please Print)

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** Pompano beach, FL_____ from on or about **(start date)** ___Aug-16_____ to on or about **(end date)** ____Feb-18___.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Electronically signed on 1/5/2020 at 19:58  (Date Signed)

_  Dennie LeBlanc_____(Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**