1   Carolyn H. Cottrell (SBN 166977)
    Ori Edelstein (SBN 268145)
2   Michelle S. Lim (SBN 315691)
    SCHNEIDER WALLACE
3   COTTRELL KONECKY
    WOTKYNS LLP
4   2000 Powell Street, Suite 1400
    Emeryville, California 94608
5   Telephone: (415) 421-7100
    Facsimile:  (415) 421-7105
6   ccottrell@schneiderwallace.com
    oedelstein@schneiderwallace.com
7   mlim@schneiderwallace.com

8   Sarah R. Schalman-Bergen (admitted *pro hac vice*)
    Krysten L. Connor (admitted *pro hac vice*)
9   BERGER MONTAGUE PC
    1818 Market Street, Suite 3600
10  Philadelphia, Pennsylvania 19103
    Telephone:   (215) 875-3000
11  Facsimile: (215) 875-4604
    Sschalman-bergen@bm.net
12  KConnon@bm.net

13  Attorneys for Plaintiff, the Collective,
    and putative Class, and Aggrieved Employees on
14  behalf of the State of California

15

16                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
17

18  PAUL MONPLAISIR, on behalf of himself        Case No. 3:19-cv-01484-WHA
    and all others similarly situated,
19                                               **NOTICE OF FILING OF CONSENTS TO
                 Plaintiffs,                      JOIN COLLECTIVE ACTION**
20
          vs.
21
    INTEGRATED TECH GROUP, LLC and
22  ITG COMMUNICATIONS LLC,                       Judge: Hon. William Alsup

23               Defendants.                      Complaint Filed:   March 21, 2019
                                                  Trial Date:     October 19, 2020
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiff Paul Monplaisir, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 3, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

### CONSENTS TO JOIN COLLECTIVE ACTION

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|:---:|:---:|:---:|
| 1 | Pedro Casseus | 367 |
| 2 | Rashad Youmans | 368 |
| 3 | Jessie L. Minnifield Jr. | 369 |

Date: January 14, 2020

Respectfully submitted,

*/s/ Ori Edelstein*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on behalf
of the State of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: January 14, 2020                    Respectfully submitted,


*/s/ Ori Edelstein*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Krysten L. Connor (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.

Attorneys for Plaintiff, the Collective,
and putative Class, and Aggrieved Employees on behalf
of the State of California

EXHIBIT 1

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
**Case No. 3:19-cv-01484-WHA**
**United States District Court, Northern District of California**

**Complete And Submit To:**

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 1 3 2020

Name: _PEdro CASSEUS_ (Please Print)

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _THE State oF Miami Florida_ from on or about **(start date)** _11/28/2017_ to on or about **(end date)** _open_ .

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

_____ 12/29/2019
(Date Signed)          _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# EXHIBIT 2

## OPT-IN CONSENT FORM

*Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
Case No. 3:19-cv-01484-WHA
United States District Court, Northern District of California

### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 1 3 2020

Name: Rashard Youmans _____ (Please Print)

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1.  I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ Jacksonville, FLORIDA _____ from on or about **(start date)** 07/12/18 _____ to on or about **(end date)** 11/27/18 _____.

3.  I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 12/31/19 _____ (Date Signed) | Rahnad Youmans _____ (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# EXHIBIT 3

# OPT-IN CONSENT FORM

### *Monplaisir, et al. v. Integrated Tech Group, LLC and ITG Communications LLC*
### Case No. 3:19-cv-01484-WHA
### United States District Court, Northern District of California

#### Complete And Submit To:

ITG FLSA Litigation
c/o JND Legal Administration
PO Box 91300
Seattle, WA 98111

JAN 1 3 2020

Name:
Jessie  L. Minnifield  Jr.(Please Print)

#### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants Integrated Tech Group, LLC's and ITG Communications LLC's ("ITG") alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for ITG as a Technician or similarly titled position in **(city, state)** _____ _____ from on or about **(start date)** _____ to on or about **(end date)** _____.

3. I understand that this litigation is being filed as a collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a named Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky LLP, and Berger Montague as my agents, to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11- 25- 19 _____ (Date Signed) | _____ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**